# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AMIR MAJIKE BEY**, | : CIVIL ACTION NO. 4:10-CV-2290 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **COMMONWEALTH OF PENNSYLVANIA, COUNTY OF UNION, 17th DISTRICT**, | : |
| **Defendant** | : |

## **ORDER**

AND NOW, this 7th day of January, 2011, upon consideration of the order of court dated January 4, 2011 (Doc. 5), issued by Magistrate Judge Malachy E. Mannion, wherein the court granted plaintiff's motion to proceed *in forma pauperis* (Doc. 2), and upon further consideration of the order of court dated January 6, 2011 (Doc. 7), issued by the undersigned, not having been apprised, prior to the preparation of said order, that the above-captioned matter was assigned to a Magistrate Judge, it is hereby ORDERED that the latter order of court (Doc. 7) is VACATED.

                                             S/ Christopher C. Conner
                                             CHRISTOPHER C. CONNER
                                             United States District Judge